**REMAND / JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-3282-GW-PVCx | Date | June 11, 2020 |
|---|---|---|---|

| Title | *Jeremy Robinson, et al. v. FCA US LLC, et al.* |
|---|---|

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**  **IN CHAMBERS - RULING ON PLAINTIFFS' MOTION TO REMAND [10]**

   Plaintiffs move for remand. Defendants maintain that removal was proper but do not oppose remand in this case. The Court therefore grants Plaintiffs' motion to remand. The parties will bear their own costs.

:

Initials of Preparer   JG